**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    **SEALED**
                                      **NOTICE OF INTENT TO FILE**
        - v. -                   :    **INFORMATION**

KIAN COOPER,                     :    08 Cr. ___

        Defendant.                    **08 CRIM 250**
- - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 10, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney

                            By:       _____
                                      PARVIN MOYNE
                                      Assistant United States Attorney

                                      AGREED AND CONSENTED TO:

                            By:       _____
                                      Attorney for KIAN COOPER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-08

3/11/08   WHEEL A