

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :   INFORMATION

       -v.-                       :   08 Cr.

KIAN COOPER,                      :

               Defendant.       :   **08 CRIM 250**

- - - - - - - - - - - - - - - - - -X

### COUNT ONE

The United States Attorney charges:

1.   From in or about August 2007, up to and including in or about December 2007, in the Southern District of New York and elsewhere, KIAN COOPER, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that KIAN COOPER, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

### Overt Acts

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

    a.  On or about August 10, 2007, KIAN COOPER, the defendant, had a conversation over the telephone with a co-conspirator not named as a defendant herein ("CC-1") discussing the sale of cocaine to COOPER by CC-1.

    b.  On or about August 14, 2007, CC-1 traveled to the stash house at 2100 Anthony Avenue, in the Bronx, New York.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, KIAN COOPER, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with,

a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

                                                  /s/ Michael J. Garcia
                                        MICHAEL J. GARCIA
                                        United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

KIAN COOPER,

Defendant.

<u>Information</u>
08 Cr. (___)

(21 U.S.C. § 846)

_____
MICHAEL J. GARCIA
United States Attorney.

---

FILED WAIVER OF INDICTMENT & INFORMATION 3/20/08 - DEFT (DET) PRES. WITH ATTY CAROLINE RENZIN G.C. ALSO PAIRIN MOYNE PRES. DEFT WITHDRAWS PREVIOUSLY ENTERED "NOT GUILTY" PLEA & ENTERS A PLEA OF GUILTY TO THE ONE (1) COUNT INFORMATION. ELEC. PSI ORDERED, SENTENCING SET FOR THURS. JUNE 26, 2008 @ 10:00AM DEFT DET.

DANIELS, USDJ