LAW OFFICES
## STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATHRYN MOORE MARTIN
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0300
FACSIMILE
(212) 223-1942

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 4 2008

**BY FIRST CLASS MAIL**

May 12, 2008

**SO ORDERED**
The sentencing is rescheduled to July 24, 2008 at 10:15 a.m.
MAY 1 4 2008
*George B. Daniels*
**HON. GEORGE B. DANIELS**

Honorable George B. Daniels
United States District Judge
500 Pearl Street, Room 630
New York, NY 10007

Re: <u>United States v. Kian Cooper, 08 cr. 250 (GBD)</u>.

Dear Judge Daniels:

I write in connection with the sentencing of Kian Cooper in the above-captioned matter. Mr. Cooper's sentencing currently is scheduled for June 26, 2008 before this Court. I write respectfully to seek a 30 day adjournment of the sentencing to any date during the week of July 24, 2008, or any date thereafter.

I seek the adjournment because I will be on trial in the matter of *SEC v. Northshore et. al.*, 05 Civ. 2192 (WHP) before Judge William H. Pauley III beginning Wednesday May 14, 2008. Based on representations of counsel in the Joint Pretrial Order in that case, the trial may continue for approximately 4 weeks. I respectfully request an adjournment so as to devote sufficient time to prepare for Mr. Cooper's sentencing.

I have spoken with Assistant United States Attorney Parvin Moyne, the Assistant assigned to Mr. Cooper's case, and she does not oppose the adjournment. Additionally, I have contacted United States Probation Officer Coleen Tyler, and she also does not oppose the adjournment.

Respectfully,

*Carolyn Barth Renzin*

Carolyn Barth Renzin

LAW OFFICES
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

CBR:cbr
cc: Assistant United States Attorney Parvin Moyne
United States Probation Officer Coleen Tyler